**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Keith A. Smith          JOINT DEBTOR:          CASE NO.: 10-19586-LMI

Last Four Digits of SS# 0099     Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A. $600.00 for months __1__ to 60
  B. $_____ for months __ to __;
  C. $_____ for months __ to __; in order to pay the following creditors:

Administrative:    Attorney's Fee - $0.00   TOTAL PAID $0.00.

            Balance Due   $0.00      Payable $0.00/month (Months __ to ____);

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. Nationstar         Arrearage on Petition Date    _____
   Address: 350 Highland Dr.
            Lewisville, TX 75067         Regular Payment    $540.00/month (Months __1__ to __57__)
                                         Lump Sum Payment  $38,232.00 in (Month __58__)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Nationstar Mortgage | 821 SW 6th Street Homestead, Fl 33060 Value of Collateral: $57,000 | 5.25% | Fixed P&I payments month 1-57, balloon in month 58 | 1-58 | $69,012 |

Priority Creditors: [as defined in 11 U.S.C. §507]

None

Unsecured Creditors: Pay $ __540.00__ /month (Months __58__ to __60__)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:

1. In the event the debtor receives any property or interests in property as a result of the ongoing probate dispute involving debtor's deceased father, the debtor will amend the chapter 13 plan to reflect the new assets.
2. In the event the debtor is able to obtain a new tenant in the rental property, the plan will be amended to include a higher monthly plan payment in accordance with the new income.

I/we declare that the foregoing amended chapter 13 plan is true and correct under penalty of perjury.

_/s/ Keith Smith_
Debtor: Keith Smith                    Joint Debtor
Date: May 5, 2010                      Date: