UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

                                                    Case Number: 10-19586-LMI

KEITH A SMITH
    Debtor
_____/

MOTION TO CLARIFY
AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy N Neidich, Standing Chapter 13 Trustee ("Trustee"), files this Motion to Clarify and states as follows:

    1) The plan values a mortgage held by Nationstar which is secured by real property at $57,000.00.

    2) The principal and interest to be paid to Nationstar is $69,012.00

    3) The plan provides for equal monthly payments of $540.00 months 1 - 57 and a lump sum payment of $38,232.00 in month 58 to Nationstar .

    4) The unsecured creditors should be paid $1,620.00 .

    5) There is an error in the plan in that the debtor's payment to the Trustee in month 58 is only $600.00. In order for the Trustee to pay the secured creditor in full it should have been $43,080.00.

    6) The Trustee has paid Nationstar mortgage a total of $34,073.67.

    7) To complete the payments to creditors the Trustee would need a lump sum payment of $40,620.37

    WHEREFORE, the Trustee requests that this Court enter an order provide the debtor a fixed amount of time to pay the Trustee a lump sum of $40,620.37.

    I hereby certify that a true and correct copy of the foregoing and the Notice of Hearing generated by ECF was served on Debtor's attorney through NEF and as stated below on any other party on February 22, 2016

                                          Respectfully submitted:

                            NANCY K. NEIDICH, ESQ
                            CHAPTER 13 TRUSTEE
                                      /s/
                            AMY E CARRINGTON, ESQ.
                            FLORIDA BAR NO.: 101877
                            P.O. BOX 279806
                            MIRAMAR, FL 33027
                            (954)  443-4402